**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RAYNELL RUDOLPH,** : | |
| Plaintiff, : | |
| vs. : | CA 07-0064-KD-C |
| **MICHAEL J. ASTRUE,** : | |
| Commissioner of Social Security, | |
| : | |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 2, 2007 is **ADOPTED** as the opinion of this Court.[1]

**DONE** this the 28th day of November, 2007.

   s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The second sentence of Paragraph nine is amended as follows:

The CPI-U for May of 2007 was 200.8. Plugging the relevant numbers into the foregoing formula renders the following equation: $125 \times 200.8/152.4$.