## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RAYNELL RUDOLPH,** | ) |
| **Plaintiff,** | ) |
| **v.** | )   **CIVIL ACTION 07-0064-KD-C** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered

in this Court the sum of $4,286.93  pursuant to 42 U.S.C. § 406(b). Upon receipt of this award,

petitioner shall refund to plaintiff the smaller EAJA attorney-fee award made in this case of

$2,223.45.

**DONE** this 20th day of May, 2009.

        s / Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**